**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kirk Nowak,<br><br>    Plaintiff,<br><br>vs.<br><br>Isles Homeowners' Association,<br><br>    Defendant. | No. CV-12-8023-PCT-FJM<br><br>**ORDER** |

    The undersigned Magistrate Judge has received from *pro se* Plaintiff an unsolicited and prohibited *ex parte* e-mail in his chamber's e-mailbox. Though the undersigned is neither the assigned trial judge nor has the case been referred to him, this Judge was assigned to conduct a settlement conference in May 2012 which was never held.

    Because Plaintiff's e-mail does not reflect a copy was sent to counsel of record, the Court deems the letter to be an innocent but prohibited *ex-parte* communication with the Court. *See Best Western Intern., Inc. v. Melbourne Hotel Investors, LLC*, 2008 WL 2945513, at *1 n. 1 (D. Ariz. July 28, 2008) ("[E]x parte communications are barred even if it is not clear that the lawyer intended to influence the judge.") (citation omitted); *see also San Carlos Apache Tribe v. Bolton ex rel. County of Maricopa*, 194 Ariz. 68, 977 P.2d 790, 794 (Ariz. 1999) ("[W]ith some exceptions, 'all parties or their lawyers shall be included in communications with a judge.'" (citation omitted)). "Canon 3(B)(7) generally prohibits a judge from initiating, permitting, or considering communications made 'outside the presence of the parties concerning a pending or impending proceeding.'" *San Carlos Apache Tribe*, 194 Ariz. 68, 977 P.2d at 794; *see also Church of Scientology*

1  *Intern. v. Kolts*, 846 F.Supp. 873, 877 n. 2 (C.D. Cal. 1994). Like the lawyer in *San
2  Carlos Apache Tribe*, Plaintiff is cautioned against initiating *ex parte* communications
3  with an adjudication judge. *Id*. at 796.
4      Except for this Order, the e-mail will be filed under seal with no action or response
5  taken by the undersigned Magistrate Judge. Plaintiff is directed to comply with Rule
6  5(a)(1), Fed.R.Civ.P., regarding all future pleadings, letters, e-mails or other writings in
7  this matter and to reflect such mailing or delivery on the filing or document itself. Unless
8  expressly authorized by the judge or rule, all future pleadings, letters, e-mails or other
9  writings in this case must not mailed or delivered to such judge.
10     Accordingly,
11     **IT IS ORDERED** that the Clerk of Court is kindly directed to seal Plaintiff's e-
12 mail and mail or electronically deliver a complete copy of Plaintiff's email and this Order
13 to Plaintiff and counsel of record. This Order, however, is not sealed.
14     Dated this 18th day of January, 2013.

                                      *Lawrence O. Anderson*
                                      United States Magistrate Judge