**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kirk Nowak, | No. CV-12-8023-PCT-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Isles Homeowners' Association, | |
| Defendant. | |

The undersigned Magistrate Judge has received from *pro se* Plaintiff an un-solicited and prohibited *ex parte* e-mail in his chamber's e-mailbox. Though the under-signed is neither the assigned trial judge nor has the case been referred to him, this Judge was assigned to conduct a settlement conference in May 2012 which was never held.

Because Plaintiff's e-mail does not reflect a copy was sent to counsel of record, the Court deems the letter to be an innocent but prohibited *ex-parte* communication with the Court. *See Best Western Intern., Inc. v. Melbourne Hotel Investors, LLC*, 2008 WL 2945513, at *1 n. 1 (D. Ariz. July 28, 2008) ("[E]x parte communications are barred even if it is not clear that the lawyer intended to influence the judge.") (citation omitted); *see also San Carlos Apache Tribe v. Bolton ex rel. County of Maricopa*, 194 Ariz. 68, 977 P.2d 790, 794 (Ariz. 1999) ("[W]ith some exceptions, 'all parties or their lawyers shall be included in communications with a judge.'" (citation omitted)). "Canon 3(B)(7) generally prohibits a judge from initiating, permitting, or considering communications made 'outside the presence of the parties concerning a pending or impending proceeding.'" *San Carlos Apache Tribe*, 194 Ariz. 68, 977 P.2d at 794; *see also Church of Scientology*

1    *Intern. v. Kolts*, 846 F.Supp. 873,  877 n. 2 (C.D. Cal. 1994). Like the lawyer in *San*

2    *Carlos Apache Tribe*, Plaintiff is cautioned against initiating *ex parte* communications

3    with an adjudication judge. *Id*. at 796.

4           Except for this Order, the e-mail will be filed under seal with no action or response

5    taken by the undersigned Magistrate Judge. Plaintiff is directed to comply with Rule

6    5(a)(1), Fed.R.Civ.P., regarding all future pleadings, letters, e-mails or other writings in

7    this matter and to reflect such mailing or delivery on the filing or document itself. Unless

8    expressly authorized by the judge or rule, all future pleadings, letters, e-mails or other

9    writings in this case must not mailed or delivered to such judge.

10           Accordingly,

11    **IT IS ORDERED** that the Clerk of Court is kindly directed to seal Plaintiff's e-

12    mail and mail or electronically deliver a complete copy of Plaintiff's email and this Order

13    to Plaintiff and counsel of record. This Order, however, is not sealed.

14           Dated this 18th day of January, 2013.

Lawrence O. Anderson
United States Magistrate Judge

- 2 -