# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Kirk Nowak, | ) |
| Plaintiff, | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) CV 12-8023-PCT-FJM |
| Isles Homeowners' Association, | ) |
| Defendant. | ) |

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff having failed to comply with this Court's Orders pursuant to Fed.R.Civ.P. 16(f) and 37(b)(2)(A)(v)  this action is dismissed with prejudice. Plaintiff shall take nothing.

 February 14th  2013             BRIAN D. KARTH
   Date                           District Court Executive/Clerk


                                  s/ Kathy Gerchar
                                 (by) Kathy Gerchar  Deputy Clerk

cc: [all counsel]