IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kirk Nowak, | ) | No. CV-12-08023-PCT-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Isles Homeowners' Association, | ) | |
| Defendant. | ) | |

The court has before it defendant's motion for attorney's fees and costs (doc. 31).

On February 14, 2013, we dismissed this case for plaintiff's failure to comply with court orders (doc. 28). We also granted defendant's motion for sanctions and awarded defendant its reasonable fees and costs incurred in preparing for the settlement conference at which plaintiff failed to appear. Defendant has now submitted its supporting documentation showing that it incurred $1,241.00 in fees associated with the settlement conference. We find that this amount is reasonable.

Therefore, **IT IS ORDERED GRANTING** defendant's motion for attorney's fees (doc. 31) and **AWARDING** defendant fees in the amount of $1,241.00.

DATED this 7th day of May, 2013.

_Frederick J. Martone_

Frederick J. Martone
Senior United States District Judge